# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Roman Guerrero-Lozano,<br>A088 359 553<br>_Defendant_ | ) ) ) ) ) ) ) ) Case No. 17-9493 mj |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 30, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brooke Afshari

☒ Continued on the attached sheet.

_Complainant's signature_
Albert A. Martinez
U.S. Border Patrol Agent
_Printed name and title_

Reviewed, approved, and signed in person.

Date: October 31, 2017

_Judge's signature_

City and state: Phoenix, AZ

Eileen S. Willett
United States Magistrate Judge
_Printed name and title_

## ATTACHMENT A

### Count 1

On or about October 30, 2017, Jose Roman Guerrero-Lozano, an alien, was found in the United States of America at or near Eloy, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 20, 2007, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about October 30, 2017, at or near Casa Grande, in the District of Arizona, Jose Roman Guerrero-Lozano, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Albert A. Martinez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about October 30, 2017, Border Patrol Agent R. Lafollette encountered an individual near Eloy, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Jose Roman Guerrero-Lozano, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Guerrero-Lozano was transported to the Casa Grande Border Patrol Station for further processing. Guerrero-Lozano was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Jose Roman Guerrero-Lozano to be a citizen of Mexico and a previously deported alien. Guerrero-Lozano was removed from the United States to Mexico through Nogales, Arizona, on or about June 20, 2007, pursuant to a removal order issued by an immigration official. There is no record of Guerrero-Lozano in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Jose Roman Guerrero-Lozano in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Guerrero-Lozano presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Jose Roman Guerrero-Lozano entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Guerrero-Lozano's immigration history was matched to him by electronic fingerprint comparison.

5. On October 31, 2017, Jose Roman Guerrero-Lozano was advised of his constitutional rights. Guerrero-Lozano freely and willingly acknowledged his rights and agreed to answer questions or provide a statement under oath. Guerrero-Lozano stated that his true and correct name is Jose Roman Guerrero-Lozano and that he a citizen of Mexico. Guerrero-Lozano stated that he entered the United States illegally by walking through the desert near Sasabe, Arizona, on or about October 27, 2017, without inspection by an immigration officer. Guerrero-Lozano stated that he had been previously removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 30, 2017, Jose Roman Guerrero-Lozano, an alien, was found in the

United States of America at or near Eloy, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 20, 2007, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about October 30, 2017, at or near Eloy, in the District of Arizona, Jose Roman Guerrero-Lozano, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

_____
Albert A. Martinez
United States Border Patrol Agent


Sworn to and subscribed before me
this 31st day of October, 2017.

_____
Eileen S. Willett
United States Magistrate Judge